IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAMIL WALKER | : | |
| | : | |
| Petitioner | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO. 09-CV-2043 |
| BRYANT COLEMAN, et al. | : | |
| | : | |
| Respondents | : | |

**ORDER**

AND NOW, this 21st day of October, 2009, upon careful review of Kamil Walker's Petition for Writ of Habeas Corpus and the Report and Recommendation of United States Magistrate Judge M. Faith Angell entered September 22, 2009, and Petitioner having filed no objections by the October 14, 2009 deadline, it is hereby ORDERED that:

1. The Report and Recommendation (Doc. No. 10) is APPROVED and ADOPTED;

2. Petitioner's Petition for Writ of Habeas Corpus (Doc. No. 1) is DENIED and DISMISSED as TIME BARRED under 28 U.S.C. § 2244(d)(1);

3. The clerk is DIRECTED to mark this case CLOSED for statistical purposes; and,

4. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

*/s/ Thomas M. Golden*
THOMAS M. GOLDEN, J.